**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON LOUIS BATISTE, | ) | CASE NO. CV 09-01761 AG (RZ) |
| Petitioner, | ) ) | |
| vs. | ) | JUDGMENT |
| LARRY SMALL, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of AARON LOUIS BATISTE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 3, 2009

*[signature]*

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE